May 13, 2011

Mr. Thomas R. Phillips
Baker Botts L.L.P.
98 San Jacinto Center, Suite 1500
Austin, TX 78701

Mr. David M. Gunn
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
Ms. Pamela Stanton Baron
Attorney at Law
P.O. Box 5573
Austin, TX 78763

Mr. Timothy Patton
Timothy Patton, PC
11 Lynn Batts Lane, Suite 120
San Antonio, TX 78218

RE: Case Number: 09-0399
 Court of Appeals Number: 04-06-00478-CV
 Trial Court Number: 4,091

Style: BP AMERICA PRODUCTION COMPANY, ATLANTIC RICHFIELD COMPANY AND
 VASTAR RESOURCES, INC.
 v.
 STANLEY G. MARSHALL, JR., ROBERT RAY MARSHALL, CATHERINE IRENE
 MARSHALL F/K/A CATHERINE I.M. HASHMI, AND MARGARET ANN MARSHALL F/K/A
 MARGARET A.M. JEFFUS, BY AND THROUGH DAVID JEFFUS, AS INDEPENDENT
 EXECUTOR OF THE ESTATE OF MARGARET MARSHALL

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Keith E. Hottle |
| |Mr. Richard G. Morales|
| |Jr. |
| |Ms. Dora Ramos |
| |Mr. Everard A. |
| |Marseglia Jr. |
| |Mr. Dee J. Kelly |
| |Ms. Mary A. Keeney |